IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-40570

Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PETER GERALD WAHL,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Eastern District of Texas
(95-CV-60)

_____

January 16, 1996

Before HIGGINBOTHAM, DUHE', and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Peter Gerald Wahl requests permission to proceed in forma pauperis in his appeal of the district court's denial of his motion under 28 U.S.C. § 2255. The motion is DENIED. Wahl's appeal presents no nonfrivolous issue for appeal. The appeal is DISMISSED. See 5th Cir. R. 42.2.

_____

[*]Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.